IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ALMA GUZMAN-ESTRADA | § |
| Plaintiff | § |
| v. | §   No. SA-12-CA-09 |
| SOUTHSIDE INDEPENDENT SCHOOL DISTRICT | § |
| Defendant | § |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered herein on December 19, 2012,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment be, and it is hereby, ENTERED in favor of Defendant Southside Independent School District, and that Plaintiff Alma Guzman-Estrada take nothing by her suit.

SIGNED AND ENTERED this 18th day of December, 2012.

HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE